**Order entered December 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01155-CV

**THERESA STUMON, Appellant**

**V.**

**CHANCE OLIVER, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-10279**

## ORDER

Before the Court is appellant's December 13, 2019 "third amendment motion to reinstate." The sixty-nine page document, which includes a "second amended pleading motion in title claim," asserts "causes of action" and "verified defenses," moves to strike certain documents not before the Court, and requests appellant be entitled to proceed without payment of costs.

To the extent appellant seeks to proceed without payment of costs, we **GRANT** the motion as it pertains to appellate court filing fees. *See* TEX. R. APP. P. 20.1(a). Fees charged by the trial court clerk or court reporter for the preparation of the appellate record are governed by Texas Rule of Civil Procedure 145. *See id.* 20.1(a); TEX. R. CIV. P. 145. To the extent appellant seeks any other relief, we **DENY** the motion.

We note appellant has filed her brief even though the clerk's record has not been filed. We further note appellant has twice been directed to provide written verification that she has paid or made arrangements to pay for the clerk's record or is entitled to proceed without payment of costs, but has not complied either time. Although she has been cautioned that failure to provide the requested verification could result in dismissal of the appeal, we do not dismiss the appeal at this time to the extent appellant may believe her request to be allowed to proceed without payment costs in her motion complied with the directives. To afford appellant an opportunity to proceed as indigent under rule of civil procedure 145 for purposes of having the clerk's record filed without payment of the clerk's fee, we **ORDER** appellant to file the requested verification no later than January 7, 2020. We caution that failure to comply will result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 37.3(b), 42.3(b),(c).

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE